**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JAMES ENDRESS,
Inmate #091685,**

           *Plaintiff,*

 **v.**                                  **Case No.: 4:26cv72-MW/MAF**

**RICKY DIXON,**

           *Defendant.*

                           /

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Plaintiff sought an extension of time to file objections, ECF No. 14, which this Court granted, ECF No. 15, and set a new deadline of July 9, 2026, to file objections. Rather than submit objections, Plaintiff then filed a notice of interlocutory appeal, ECF No. 16. But Plaintiff asks this Court to hold the appeal in abeyance, *id*. at 3, until this Court considers his objections. However, as of this date, no objections have been filed. Moreover, Plaintiff's interlocutory appeal of the Magistrate Judge's report and recommendation does not divest this Court of jurisdiction to rule on the report and recommendation, insofar as it is not a proper interlocutory appeal. *See United States v. Edwards*, 811 F. App'x 358, 360–61 (7th Cir. 2020) (noting that first appeal was not proper and therefore

did not divest district court of jurisdiction where the first appeal was an impermissible interlocutory appeal of a nonfinal judgment). Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 13, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to state a claim upon which relief may be granted and for seeking monetary relief against a defendant who is immune from such relief." The Clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915A(b)(1)–(2), and close the file.

**SO ORDERED on July 10, 2026.**

**s/Mark E. Walker**
**United States District Judge**

2