# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

JAMES ENDRESS,
Inmate #091685,

        *Plaintiff,*

v.                                    **Case No.: 4:26cv72-MW/MAF**

RICKY DIXON,

        *Defendant.*
_____/

## ORDER VACATING ORDER AND JUDGMENT, CONSIDERING OBJECTIONS, AND ADOPTING REPORT AND RECOMMENDATION

This Court previously adopted the Magistrate Judge's report and recommendation without objections. ECF No. 20. The same day, after this Court's Order was docketed, this Court received Plaintiff's objections. ECF No. 22. Accordingly, this Court directs the Clerk to **VACATE** this Court's order, ECF No. 20, and the judgment, ECF No. 21, so that this Court can consider Plaintiff's objections.

Having considered Plaintiff's objections, ECF No. 22, *de novo*, this Court is not persuaded that they change anything with respect to Plaintiff's failure to allege a claim. Accordingly, this Court again **accepts and adopts** the report and recommendation, ECF No. 13, as this Court's opinion, over Plaintiff's objections, ECF No. 22. The Clerk shall enter judgment stating, "This case is **DISMISSED** for

failure to state a claim upon which relief may be granted and for seeking monetary relief against a defendant who is immune from such relief." The Clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915A(b)(1)–(2), and close the file.

SO ORDERED on July 13, 2026.

s/Mark E. Walker
United States District Judge